1  McGREGOR W. SCOTT
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2766
   Facsimile: (916) 554-2900
5  Email: todd.pickles@usdoj.gov

6  Attorneys for the United States of America,
   Department of Veterans Affairs, and the Hon. James B. Peake,
7  Secretary of Veterans Affairs

8

9

10              **IN THE UNITED STATES DISTRICT COURT**

11             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13  MARJORIE McCLISS and MARK McCLISS,    CASE NO.  2:07-cv-01154-MCE-KJM

14        Plaintiffs,
                                          **NOTICE OF SUBSTITUTION OF**
15  v.                                    **DEFENDANT AND ORDER**

16  JIMMIE EARL WARD; R. JAMES
    NICHOLSON, Secretary of Veterans Affairs;
17  DEPARTMENT OF VETERANS AFFAIRS;
    and DOES 1 through 100, inclusive,
18
          Defendants.
19

20

21       NOTICE IS HEREBY GIVEN that R. James Nicholson resigned from his position as Secretary

22  of Veterans Affairs.  On December 14, 2007, James B. Peake, M.D., was confirmed as Secretary of

23  Veterans Affairs.

24  ///

25  ///

26  ///

27  ///

28  ///

1

1  Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), James B. Peake will be substituted as
2  defendant in place of R. James Nicholson, and all further proceedings in this action "shall be in the
3  name of the substituted party." Defendants James B. Peake and the Department of Veterans Affairs
4  further request that the caption used in this case be modified to reflect this substitution.
5  Respectfully submitted,
6  DATED: January 31, 2008
   McGREGOR W. SCOTT
   United States Attorney

   By:      /s/ Todd Pickles
   TODD A. PICKLES
   Assistant United States Attorney
   Attorneys for Defendants Department of Veterans Affairs,
   and for. James B. Peake, Secretary of Veterans Affairs

**ORDER**

IT IS SO ORDERED.


Dated:  February 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on January 31, 2008, she served a copy of:

**NOTICE OF SUBSTITUTION OF DEFENDANT AND [PROPOSED] ORDER**

via email to the internet address listed below.

Internet Addressee(s):

amanda@mastagni.com

/s/ Karen James
Karen James