1  AMANDA UHRHAMMER (SBN 199445)
   **MASTAGNI, HOLSTEDT, AMICK,**
2  **MILLER, JOHNSEN & UHRHAMMER**
   A Professional Corporation
3  1912 I Street
   Sacramento, California  95814
4  Telephone:  (916) 446-4692
   Facsimile: (916) 447-4614
5
   Attorneys for Plaintiffs
6  MARJORIE McCLISS and MARK McCLISS

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | MARJORIE McCLISS, MARK McCLISS      ) | CASE NO.: 2:07-CV-01154-MCE-KJM
                                         )
12 |         Plaintiff,                  )
                                         )
13 | v.                                  ) | **STIPULATION AND ORDER**
                                         ) | **ALLOWING PLAINTIFFS LEAVE TO**
14 | JAMES WARD;  R. JAMES NICHOLSON;    ) | **FILE AN AMENDED COMPLAINT**
     SECRETARY OF VETERANS AFFAIRS;      )
15 | DEPARTMENT OF VETERANS AFFAIRS;     )
     and Does 1 through 100, Inclusive.  )
16                                       )
             Defendants.                 )
17                                       )
                                         )
18                                       )
                                         )
19 _____ )

20         Plaintiffs MARJORIE McCLISS (Hereinafter "Plaintiff") and MARK McCLISS

21 (Hereinafter collectively "Plaintiffs') and Defendants JIMMIE EARL WARD; R. JAMES B.

22 PEAKE, M.D., Secretary of Veteran Affairs hereby stipulate and seek an order of the court to

23 allow Plaintiffs leave to file an amended complaint to add causes of action for sexual assault,

24 ///

25 ///

26 ///

27 ///

28 ///

---

Stipulation and [Proposed] Order                                      EASTERN DISTRICT OF CALIFORNIA
McCLISS v. WARD, et al.                         1

battery, and intentional infliction of emotional distress pursuant to the federal tort claim that was rejected by the Department of Veteran Affairs on October 29, 2007.

DATED:_____

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

AMANDA UHRHAMMER
Attorneys for Plaintiffs

DATED: _____

**BEYER, PONGRATZ & ROSEN**

Stephen G. Pongratz
Attorneys for Defendant Jimmie Earl Ward

DATED:_____

**UNITED STATES ATTORNEYS OFFICE**

Todd A. Pickles
Attorneys for Defendant James B. Peake, M.D., Secretary of Veterans Affairs; and Department of Veteran Affairs

**ORDER**

IT IS SO ORDERED that

Plaintiffs are granted leave to file an amended complaint to add causes of action for sexual assault, battery, and intentional infliction of emotional distress pursuant to the federal tort claim that was rejected by the Department of Veteran Affairs on October 29, 2007.

Dated: March 11, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE