McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for Department of Veterans Affairs
and the Hon. James B. Peake, Secretary of Veterans Affairs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE McCLISS and MARK McCLISS,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMIE EARL WARD; JAMES B. PEAKE, Secretary of Veterans Affairs; DEPARTMENT OF VETERANS AFFAIRS; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  2:07-cv-01154-MCE-KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION FOR DEFENDANT JIMMIE EARL WARD TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rule 6-144 of the United States District Court for the Eastern District of California, Plaintiffs Marjorie and Mark McCliss and Defendants Jimmie Earl Ward, James B. Peake, and Department of Veterans Affairs hereby enter the following stipulation.

**RECITALS**

1. Plaintiffs Marjorie and Mark McCliss filed a Complaint for Damages, Gender Discrimination, Gender Harassment, dated June 14, 2007 ("Complaint"), alleging a single claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*., against the Defendants.

2. Per Order of the Court on October 2, 2007, the matter was stayed while Plaintiffs exhausted their administrative claims against the Department of Veterans Affairs.  Defendants read the

Order to include staying time to respond to Plaintiffs' Complaint on anticipation of Plaintiffs' filing an amended complaint.

3. Subsequently, Defendant Jimmie Earl Ward submitted a request for representation with the Department of Veterans Affairs with respect to the Title VII claim brought against him.

4. The request has been forwarded to the Department of Justice, and is presently being reviewed.

5. No final decision has yet been made on Mr. Ward's request for representation.

6. This Court has set March 13, 2008, as the deadline for all Defendants to respond to Plaintiffs' Complaint. Defendants Department of Veterans Affairs and James Peake filed their answer on February 26, 2008.

7. By stipulation of all parties, on March 7, 2008, Plaintiffs sought leave of Court to file an amended complaint, which will supersede Plaintiffs' Complaint.

8. To date, the Court has not yet granted Plaintiffs' leave to file their amended complaint.

**STIPULATION**

Accordingly, based upon the foregoing recitals, the parties hereby STIPULATE that,

1. Defendant Jimmie Earl Ward shall file his response to Plaintiffs' Complaint within **thirty (30)** days of the date of this stipulation.

2. To the extent that the Department of Justice grants Mr. Ward's request for representation prior the expiration of the twenty-day extension set forth in Paragraph 1 of the Stipulation, the United States Attorney, on behalf of Mr. Ward, shall have an additional **twenty (20)** days of the date of the granting his request to respond to Plaintiffs' Complaint.

3. Further, to the extent the Court grants Plaintiffs leave to file an amended complaint within either of the times periods set forth in Paragraphs 1 and 2 of the Stipulation, Mr. Ward shall not be required to respond to the superseded Complaint.

4. The parties shall meet and confer with respect to scheduling a response to Plaintiffs' amended complaint.

1  IT IS SO STIPULATED.

2

3  DATED: March 11, 2008                McGREGOR W. SCOTT
                                        United States Attorney
4
                               By:        /s/ Todd Pickles
5
                                        TODD A. PICKLES
6                                       Assistant United States Attorney
                                        Attorneys for Defendants the United States of America,
7                                       Department of Veterans Affairs, and
                                        for the Hon. James B. Peake, Secretary of Veterans Affairs
8

9  DATED: March 11, 2008                MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                        JOHNSEN & UHRHAMMER
10
                               By:        /s/ Amanda Uhrhammer
11
                                        AMANDA UHRHAMMER
                                        Attorneys for Plaintiffs
12

13
   DATED: March 11, 2008                BEYER, PONGRATZ & ROSEN
14
                               By:        /s/ Stephen Pongratz
15
                                        STEPHEN G. PONGRATZ
16                                      Attorneys for Jimmie Earl Ward

17

18                                      **ORDER**

19      This matter came before the Court on the parties' Stipulation for Extension of Time for

20 Defendant Jimmie Earl Ward to Respond to Plaintiffs' Complaint.  Pursuant to Local Rule 6-144 of the

21 United States District Court for the Eastern District of California, and for good cause showing, the

22 Court hereby **ADOPTS** the foregoing stipulation.

23      IT IS SO ORDERED.

24
    Dated:  March 13, 2008
25

26                                      _____
                                        MORRISON C. ENGLAND, JR.
27                                      UNITED STATES DISTRICT JUDGE

28