McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for Department of Veterans Affairs
and the Hon. James B. Peake, Secretary of Veterans Affairs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE McCLISS and MARK McCLISS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JIMMIE EARL WARD; JAMES B. PEAKE, Secretary of Veterans Affairs; DEPARTMENT OF VETERANS AFFAIRS; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:07-cv-01154-MCE-KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

　　　　Pursuant to Local Rule 6-144 of the United States District Court for the Eastern District of California, Plaintiffs Marjorie and Mark McCliss and Defendants Jimmie Earl Ward, James B. Peake, and Department of Veterans Affairs hereby enter the following stipulation.

**RECITALS**

　　　　1.　　Plaintiffs Marjorie and Mark McCliss filed a Complaint for Damages, Gender Discrimination, Gender Harassment, dated June 14, 2007 ("Complaint"), alleging a single claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, against the Defendants.

///

///

///

2. Per order of the Court on October 2, 2007, the matter was stayed while Plaintiffs exhausted their administrative claims against the Department of Veterans Affairs ("VA"). Defendants read the order to include staying time to respond to Plaintiffs' Complaint on anticipation of Plaintiffs' filing an amended complaint.

3. Defendant Jimmie Earl Ward submitted a request for representation with the Department of Veterans Affairs with respect to the Title VII claim brought against him.

4. The request has been forwarded to the Department of Justice, and is presently being reviewed.

5. No final decision has yet been made on Mr. Ward's request for representation.

6. Subsequently, by stipulation of all parties, on March 7, 2008, Plaintiffs sought leave of Court to file an Amended Complaint for Damages; Gender Discrimination; Gender Harassment; Assault; Battery; Sexual Battery (CC §1708.5); Intentional Infliction of Emotional Distress; Negligent Hiring/Supervision; Loss of Consortium; Exemplary Damages; Demand for Jury ("Amended Complaint"), which superseded Plaintiffs' Complaint.

7. By order of the Court on March 12, 2008, Plaintiffs were granted leave to file their Amended Complaint.

8. The Amended Complaint asserts a claim under Title VII against all Defendants as well as a claim for sexual battery and intentional infliction of emotional distress. The Amended Complaint also asserts various tort claims against Defendants VA and Jimmie Earl Ward.

9. Based upon the state tort claims brought against him, Mr. Ward has submitted a request to the U.S. Attorney that he find that, at all times relevant, Mr. Ward was acting within the scope of his employment under the Westfall Act, 28 U.S.C. § 2679(d)(1).

10. Pursuant to the Code of Federal Regulations and department policy, that request has been submitted to the VA. Upon completion of their review and recommendation, the U.S. Attorney shall conduct his own review and determination.

11. The outcome of the determination whether to certify Mr. Ward was acting within the scope of employment will affect the response of the VA and Mr. Ward with respect to the tort claims asserted against them.

1  |  12. It is estimated that sixty (60) days shall be sufficient time for the VA and the U.S. Attorney to complete the certification analysis and determination, and to prepare and file the appropriate responsive pleading.

### STIPULATION

Accordingly, based upon the foregoing recitals, the parties hereby STIPULATE that,

1. All Defendants shall have **sixty (60) days** to file a response to the Amended Complaint.
2. To the extent that the U.S. Attorney declines to certify that Defendant Jimmie Earl Ward was acting with the scope of employment under the Westfall Act, 28 U.S.C. § 2679(d)(1), Mr. Ward shall have an additional **thirty (30) days** to respond to the Amended Complaint.

IT IS SO STIPULATED.

DATED: March 12, 2008        McGREGOR W. SCOTT
                             United States Attorney

                        By:  */s/ Todd Pickles*
                             TODD A. PICKLES
                             Assistant United States Attorney
                             Attorneys for Defendants Department of Veterans Affairs,
                             and James B. Peake, Secretary of Veterans Affairs

DATED: March 12, 2008        MASTAGNI, HOLSTEDT, AMICK, MILLER,
                             JOHNSEN & UHRHAMMER

                        By:  */s/ Amanda Uhrhammer*
                             AMANDA UHRHAMMER
                             Attorneys for Plaintiffs

DATED: March 12, 2008        BEYER, PONGRATZ & ROSEN

                        By:  *Stephen Pongratz*
                             STEPHEN G. PONGRATZ
                             Attorneys for Jimmie Earl Ward

**ORDER**

This matter came before the Court on the parties' Stipulation for Extension of Time for Defendants to Respond Plaintiffs' Amended Complaint.  Pursuant to Local Rule 6-144 of the United States District Court for the Eastern District of California, and for good cause showing, the Court hereby **ADOPTS** the foregoing stipulation.

IT IS SO ORDERED.

Dated: March 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE