McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for the Hon. James B. Peake, Secretary of Veterans Affairs
and for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE McCLISS and MARK McCLISS,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMIE EARL WARD; JAMES B. PEAKE, Secretary of Veterans Affairs; UNITED STATES OF AMERICA; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  2:07-cv-01154-MCE-KJM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION CUT-OFF DATES** |

Plaintiffs Marjorie and Mark McCliss and Defendants Jimmie Earl Ward, James B. Peake, Secretary of Veterans Affairs ("Secretary"), and the United States of America hereby enter the following stipulation.

**RECITALS**

1.   Pursuant to the Court's April 4, 2008 Pretrial (Status) Scheduling Order, non-expert discovery is to conclude on December 3, 2008, and expert disclosures on February 3, 2009, with any dispositive motions to be heard no later than April 3, 2009.

2.   The parties have engaged in extensive discovery in this matter.  In particular, the parties have participated in written discovery, including propounding numerous interrogatories, requests for admissions and document production requests.  Additionally, the Secretary has served subpoenas on

third party witnesses.  To date, the Secretary has produced approximately 1000 pages of documents and Plaintiffs have produced approximately 500 pages of documents.

3. The parties are currently in the process of locating lay witnesses and scheduling their depositions.

4. Due to the limited availability of counsel and witnesses, it is unlikely that all depositions of lay witnesses will be concluded by December 3, 2008.

5. The parties estimate that, taking into account the holidays and the unavailability of counsel for the Secretary and the United States due to conflicting matters in December, non-expert discovery will be concluded by February 1, 2009, and that expert disclosures will occur on March 1, 2008.

6. Additionally, it is in the interests of the parties that non-expert discovery and expert discovery, including depositions, occur prior to any dispositive motions being heard.

7. This is the first extension sought by the parties with respect to discovery in this matter.

## **STIPULATION**

Accordingly, based upon the foregoing recitals, the parties hereby STIPULATE that,

1. Non-expert discovery shall conclude on **February 3, 2009**.

2. Expert disclosures shall occur on or before **March 3, 2009**.

3. Dispositive motions shall be heard no later than **May 30, 2009.**

4. All other pretrial and trial dates shall remain as set in the Court's April 4, 2008 Pretrial (Status) Scheduling Order.

1  IT IS SO STIPULATED.

2  DATED: October 30, 2008             McGREGOR W. SCOTT
                                       United States Attorney

                                  By:  */s/ Todd Pickles*
                                       TODD A. PICKLES
                                       Assistant United States Attorney

                                       Attorneys for Defendants Hon. James B. Peake, Secretary of Veterans Affairs, and the United States of America

8  DATED: October 31, 2008             MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

                                  By:  */s/ Amanda Uhrhammer*
                                       AMANDA UHRHAMMER

                                       Attorneys for Plaintiffs

13 DATED: October 31, 2008             BEYER, PONGRATZ & ROSEN

                                  By:  */s/ Stephen Pongratz*
                                       STEPHEN G. PONGRATZ

                                       Attorneys for Defendant Jimmie Earl Ward

**ORDER**

This matter came before the Court on the parties' Stipulation for Extension of Discovery and Dispositive Motion Cut-Off Dates. For good cause showing, the Court hereby **ORDERS:**

All discovery, with the exception of expert discovery, shall be completed by 6/26/09.

Expert disclosures shall occur on or before 8/26/09.

Dispositive motions shall be heard no later than 10/30/09.

The Final Pretrial Conference set for 8/21/09 is VACATED and RESET for 3/12/2010 at 9:00AM. The parties shall file a Joint Final Pretrial Conference Statement on or before 2/19/2010.

The jury trial set for 10/5/2009 is VACATED and RESET for 4/26/2010 at 9:00AM.

**IT IS SO ORDERED.**

Dated: November 6, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE