```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  TODD A. PICKLES
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2766
    Facsimile:   (916) 554-2900
 5  Email: todd.pickles@usdoj.gov

 6  Attorneys for the United States of America,
    and the Hon. Eric K. Shinseki, Secretary of Veterans Affairs
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE McCLISS and MARK McCLISS,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMIE EARL WARD; JAMES B. PEAKE, Secretary of Veterans Affairs; DEPARTMENT OF VETERANS AFFAIRS; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.  2:07-cv-01154-MCE-KJM<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER**<br><br>[Fed.R.Civ.P. 25(d)(1)] |

   NOTICE IS HEREBY GIVEN that on January 20, 2009, General Eric K. Shinseki was confirmed by the United States Senate as Secretary of Veterans Affairs, replacing James B. Peake, M.D.

   Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Eric K. Shinseki will be substituted as defendant in place of James B. Peake, and all further proceedings in this action "shall be in the name of the substituted party."  Defendants Eric K. Shinseki and the United States of America further request that the caption used in this case be modified to reflect this substitution.

NOTICE OF SUBSTITUTION                              1

1 | Respectfully submitted,

2 | DATED: January 21, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By:      */s/ Todd Pickles*

TODD A. PICKLES
Assistant United States Attorney

Attorneys for Defendants United States of America, and for Hon. Eric K. Shinseki, Secretary of Veterans Affairs

**ORDER**

IT IS SO ORDERED.

Dated: January 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

NOTICE OF SUBSTITUTION      2