1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2766
   Facsimile:   (916) 554-2900
5  Email: todd.pickles@usdoj.gov

6  Attorneys for Eric K. Shinseki, Secretary of Veterans Affairs,
   and the United States of America
7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  MARJORIE McCLISS and MARK McCLISS,    | CASE NO.  2:07-cv-01154-MCE-KJM

12          Plaintiffs,

13  v.                                    | **STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST SECRETARY OF VETERANS AFFAIRS AND UNITED STATES OF AMERICA WITH PREJUDICE;  ORDER THERETO**

14  JIMMIE EARL WARD; ERIC K. SHINSEKI,
    Secretary of Veterans Affairs; the UNITED
15  STATES OF AMERICA; and DOES 1 through
    100, inclusive,                       | **[Fed.R.Civ.P. 41(a)]**
16
            Defendants.
17

18

19       Pursuant to the terms of a written compromise settlement and release of claims under 28 U.S.C.

20  § 2677 between Plaintiffs Marjorie McCliss and Mark McCliss ("Plaintiffs") and Defendants Eric K.

21  Shinseki, Secretary of Veterans Affairs, and the United States of America ("Federal Defendants"), and

22  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S.

23  District Court for the Eastern District of California, the Plaintiffs and the Federal Defendants hereby

24  stipulate and respectfully request that the claims for relief by Plaintiffs Marjorie McCliss and Mark

25  McCliss against Defendants Eric K. Shinseki, Secretary of Veterans Affairs, and the United States of

26  America in the above-captioned action be dismissed <u>with</u> prejudice, and that the parties shall bear their

27  own costs and fees.

28       IT IS SO STIPULATED

Respectfully submitted,

DATED: January 26, 2010      BENJAMIN B. WAGNER
United States Attorney

By:      /s/ Todd A. Pickles

TODD A. PICKLES
Assistant United States Attorney

Attorneys for the Secretary of Veterans Affairs and the United States of America

DATED: January 26, 2010      MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN

By:      /s/ Tony Donaghue
TONY DONAGHUE

Attorneys for Plaintiffs Marjorie and Mark McCliss

**ORDER**

This matter came before the Court on the Plaintiffs' and Federal Defendants' Stipulation of Dismissal of Plaintiffs' Claims Against the Secretary of Veterans Affairs and the United States of America. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and for good cause showing, the Court hereby ADOPTS the Stipulation. Accordingly, Plaintiffs' claims against the Secretary of Veterans Affairs and the United States of America are DISMISSED with prejudice and each party shall bear their own costs and fees. The case remains active against Defendant Jimmie Earl Ward.

IT IS SO ORDERED.

Dated: January 28, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE